UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



CYNTHIA DIBARTOLO,

        Plaintiff,

- against -

ABBOTT LABORATORIES,

        Defendant.

Case No. 1:12-cv-00900-NRB

**MOTION FOR ADMISSION**
*PRO HAC VICE*

Pursuant to Rule 1.3 of the Local Rules of the United State Courts for the Southern and Eastern Districts of New York, I, Renee D. Smith, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Abbott Laboratories in the above-captioned action.

I am in good standing of the bar of the state of Illinois and there are no pending disciplinary proceedings against me in any state or federal court. Attached as Exhibit A is a letter of good standing issued April 10, 2012, by the Attorney Registration and Disciplinary Commission of the Supreme Court of Illinois and attached as Exhibit B is a proposed order granting this motion.

Dated: April 11, 2012

Respectfully submitted,

*/s/ Renee D. Smith/*

Renee D. Smith
KIRKLAND & ELLIS LLP
300 N. LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: rdsmith@kirkland.com

**Exhibit A**



**ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION**
of the
**SUPREME COURT OF ILLINOIS**
www.iardc.org

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600  (800) 826-8625
Fax (312) 565-2320

One North Old Capitol Plaza, Suite 333
Springfield, IL 62701
(217) 522-6838  (800) 252-8048
Fax (217) 522-2417

Renee D. Smith
Kirkland & Ellis, LLP
300 North LaSalle Street
Suite 2400
Chicago, IL 60654-3406

Chicago
Tuesday, April 10, 2012

In re: Renee Deborah Smith
Admitted: 11/9/1995
Attorney No. 6229448

To Whom It May Concern:

The records of the Clerk of the Supreme Court of Illinois and of this office indicate that the attorney named above was admitted to the practice of law in Illinois; is currently registered on the master roll of attorneys entitled to practice law in this state; and has never been disciplined; and is in good standing.

Very truly yours,
Jerome Larkin
Administrator

By: _____
Andrew Oliva
Deputy Registrar

AO

**Exhibit B**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CYNTHIA DIBARTOLO,

    Plaintiff,

- against -

ABBOTT LABORATORIES,

    Defendant.

Case No. 1:12-cv-00900-NRB

**ORDER FOR ADMISSION**
*PRO HAC VICE*

---

  The motion of Renee D. Smith for admission to practice *Pro Hac Vice* in the above captioned action is granted.

  Applicant has declared that she is a member in good standing of the bar of the state of Illinois; and that her contact information is as follows:

  Renee D. Smith
  KIRKLAND & ELLIS LLP
  300 N. LaSalle
  Chicago, IL 60654
  Telephone: (312) 862-2000
  Facsimile: (312) 862-2200
  Email: rdsmith@kirkland.com

  Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Abbott Laboratories in the above captioned action;

  **IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned action in the United State District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at http://nysd.uscourts.gov/ecf_registration.php.

Dated:

_____
United States District / Magistrate Judge

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CYNTHIA DIBARTOLO,<br><br>    Plaintiff,<br><br>- against -<br><br>ABBOTT LABORATORIES,<br><br>    Defendant. | Case No. 1:12-cv-00900-NRB<br><br>**AFFIDAVIT OF SERVICE** |

STATE OF ILLINOIS  )
         ) ss.:
COUNTY OF COOK   )

Andrew Thornton, being duly sworn, deposes and says:

1. That I am over eighteen years of age, am employed by Kirkland & Ellis LLP, and am not a party to this action.

2. That on the 11th day of April, 2012, I served true and correct copies of Renee D. Smith's Motion for Admission *Pro Hac Vice* and proposed Order for Admission *Pro Hac Vice*, annexed hereto, by prepaid first class mail upon:

    Arnold Anderson (Andy) Vickery
    Jim M. Perdue, Jr.
    Fred H. Shepherd
    PERDUE KIDD & VICKERY
    510 Bering, Suite 550
    Houston, TX 77057
    (713) 574-7393
    (713) 520-2525 (fax)
    andy@justiceseekers.com
    jperduejr@justiceseekers.com
    fred@justiceseekers.com

by depositing the same in an official depository of the United States Postal Service maintained at 300 N. LaSalle, Chicago, Illinois, 60654.

_____
Andrew Thornton

Sworn to before me this
11th day of April, 2012

_____
Notary Public

```
"OFFICIAL SEAL"
Gloria L. Stachnik
Notary Public, State of Illinois
My Commission Expires August 21, 2012
```