**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**



CYNTHIA DIBARTOLO,

                Plaintiff,

- against -

ABBOTT LABORATORIES,

                Defendant.

Case No. 1:12-cv-00900-NRB

**ORDER FOR ADMISSION**
***PRO HAC VICE***

    The motion of Renee D. Smith for admission to practice *Pro Hac Vice* in the above captioned action is granted.

    Applicant has declared that she is a member in good standing of the bar of the state of Illinois; and that her contact information is as follows:

    Renee D. Smith
    KIRKLAND & ELLIS LLP
    300 N. LaSalle
    Chicago, IL 60654
    Telephone: (312) 862-2000
    Facsimile: (312) 862-2200
    Email: rdsmith@kirkland.com

    Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Abbott Laboratories in the above captioned action;

    **IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned action in the United State District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at http://nysd.uscourts.gov/ecf_registration.php.

2

_____
United States District / Magistrate Judge

Dated: April 13, 2012