DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/29/2012

Buchwald, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CYNTHIA DIBARTOLO,

          Plaintiff,

- against -

ABBOTT LABORATORIES,

          Defendant.

Case No. 1:12-cv-00900-NRB

ECF Case

~~PROPOSED~~ BRIEFING SCHEDULE AND ORDER

---

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for Plaintiff Cynthia DiBartolo and Defendant Abbott Laboratories, that the following shall constitute the briefing schedule for Defendant Abbott Laboratories' motion to dismiss in the above-captioned matter, unless further amended by agreement of the parties and the Court:

1. Defendant Abbott Laboratories shall file and serve its Motion to Dismiss Plaintiff's Amended Complaint by May 25, 2012;

2. Plaintiff Cynthia DiBartolo shall file and serve her response to Defendant Abbott Laboratories' Motion to Dismiss by June 15, 2012;

3. Defendant Abbott Laboratories shall file and serve its reply by June 29, 2012.

| PLAINTIFF CYNTHIA DIBARTOLO | DEFENDANT ABBOTT LABORATORIES |
|---|---|
| *[signature]* | *[signature]* |
| Arnold Anderson (Andy) Vickery<br>Fred H. Shepherd<br>PERDUE KIDD & VICKERY<br>560 Bering, Suite 550<br>Houston, TX 77057<br>Telephone: (713) 574-7393<br>Fax: (713) 520-2525<br>andy@justiceseekers.com<br>fred@justiceseekers.com<br><br>*Counsel for Plaintiff* | Jay P. Lefkowitz, P.C.<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, New York 10022-4611<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br>lefkowitz@kirkland.com<br><br>- and -<br><br>Michael P. Foradas *(admitted pro hac)*<br>Renee D. Smith *(admitted pro hac)*<br>Andrew P. Bautista *(admitted pro hac)*<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200<br>mforadas@kirkland.com<br>rdsmith@kirkland.com<br>abautista@kirkland.com<br><br>*Counsel for Defendant* |

SO ORDERED:

*[signature]*

Honorable Naomi Reice Buchwald
United States District Judge

5/25/12

2