UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CYNTHIA DIBARTOLO,

    Plaintiff,

- against -

ABBOTT LABORATORIES,

    Defendant.

Case No. 1:12-cv-00900-NRB

ECF Case

**MOTION FOR ADMISSION**
*PRO HAC VICE*

---

  Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Ben Rottenborn, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Defendant Abbott Laboratories in the above-captioned action.

  I am in good standing of the bar of the state of Illinois, and there are no pending disciplinary proceedings against me in any state or federal court. A certificate of good standing showing the same is attached as Exhibit A.

            Respectfully submitted,

Dated: September 21, 2012    *s/ Ben Rottenborn*

            Ben Rottenborn
            KIRKLAND & ELLIS LLP
            300 N. LaSalle
            Chicago, IL 60654
            (312) 862-2000
            (312) 862-2200 (fax)
            ben.rottenborn@kirkland.com