USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/28/2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CYNTHIA DIBARTOLO,

          Plaintiff,

- against -

ABBOTT LABORATORIES,

          Defendant.

Case No. 1:12-cv-00900-NRB

ECF Case

**ORDER FOR ADMISSION**
***PRO HAC VICE***

The motion of Ben Rottenborn for admission to practice *Pro Hac Vice* in the above-captioned action is granted. Applicant has declared that he is a member in good standing of the bar of the state of Illinois; and that his contact information is as follows:

    Ben Rottenborn
    KIRKLAND & ELLIS LLP
    300 N. LaSalle
    Chicago, IL 60654
    (312) 862-2000
    (312) 862-2200 (fax)
    ben.rottenborn@kirkland.com

And, Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Defendant Abbott Laboratories in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: September 27, 2012

                                                               _____
                                                               United States District / ~~Magistrate Judge~~