USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-8-2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CYNTHIA DIBARTOLO,

        Plaintiff,

- against -

ABBOTT LABORATORIES,

        Defendant.

Case No. 1:12-cv-00900-NRB

ECF Case

STIPULATION AND [PROPOSED]
ORDER EXTENDING TIME FOR
DEFENDANT TO RESPOND TO
COMPLAINT

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the Parties, that the time for Defendant Abbott Laboratories to answer the Complaint is extended from January 4, 2013 to January 11, 2013. Abbott Laboratories has not filed any previous requests for an extension of time to file its responsive pleading.

Dated this 2nd day of January, 2013.

AGREED TO AND STIPULATED BY:

_____
Arnold Anderson (Andy) Vickery
Texas Bar No. 20571800
Jim M. Perdue, Jr.
Texas Bar No. 00788180
Fred H. Shepherd
Texas Bar No. 24033056
510 Bering Dr., Suite 550
Houston, TX 77057-1469
Telephone: 713-526-1100
Facsimile: 713-523-5939

*Counsel for Plaintiff*

_____
Jay P. Lefkowitz, P.C.
Steven J. Menashi
KIRKLAND & ELLIS LLP
601 Lexington Ave.
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Michael P. Foradas, P.C.
Renee D. Smith
Andrew P. Bautista
KIRKLAND & ELLIS LLP
300 N. LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

*Counsel for Defendant Abbott Laboratories*

SO ORDERED.

January 7, 2013
DATE

_____
HON. NAOMI R. BUCHWALD
UNITED STATES DISTRICT JUDGE