Buchwald

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09.04.2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CYNTHIA DIBARTOLO,

           Plaintiff,

- against -

ABBOTT LABORATORIES,

           Defendant.

Case No. 1:12-cv-00900-NRB

ECF Case

**JOINT SCHEDULING PROPOSAL AND ORDER**

At the February 6, 2013 scheduling conference, the Court determined that resolution of expert causation issues should precede fact discovery in this matter. At plaintiff's request, the Court subsequently granted leave for plaintiff to take one 3.5-hour Rule 30(b)(6) deposition before the disclosure of her expert causation reports. That deposition was completed on August 26, 2013. The Court has now directed the parties to submit a proposed scheduling order, to include briefing deadlines.

Counsel for plaintiff and defendant have conferred, and hereby stipulate and agree that the following shall constitute the schedule for the parties' designation of general and specific causation experts, service of expert reports, completion of expert depositions, and the deadlines for *Daubert* briefing, unless further amended by agreement of the parties and the Court:

| Event | Deadline |
|---|---|
| Designation of Plaintiff's General and Specific Causation Experts and Service of Plaintiff's General and Specific Causation Expert Reports | September 25, 2013 |
| Designation of Defendant's General and Specific Causation Experts and Service of Defendant's General and Specific Causation Expert Reports | October 25, 2013 |

1

).

| Event | Deadline |
| --- | --- |
| Completion of General and Specific Causation Expert Depositions | November 25, 2013 |
| Deadline to File *Daubert* Motions on General and Specific Causation Experts | December 24, 2013 |
| Deadline to File Oppositions to *Daubert* Motions on General and Specific Causation Experts | January 14, 2014 |
| Deadline to File Replies in Support of *Daubert* Motions on General and Specific Causation Experts | January 28, 2014 |

Dated: August 28, 2013

_____
Arnold A. Vickery
Fred H. Shepherd
THE VICKERY LAW FIRM
10000 Memorial Dr., Suite 888
P.O. Box 4340
Houston, Texas 77210-4340
713-526-1100
713-523-5939 (fax)
andy@justiceseekers.com
fred@justiceseekers.com

*Counsel for Plaintiff*

Respectfully submitted,

_____
Jay P. Lefkowitz, P.C.
Steven J. Menashi
Dmitriy G. Tishyevich
KIRKLAND & ELLIS LLP
601 Lexington Ave.
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Michael P. Foradas, P.C.
Renee D. Smith
Andrew P. Bautista
KIRKLAND & ELLIS LLP
300 N. LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

*Counsel for Defendant Abbott Laboratories*

SO ORDERED:

_____
Honorable Naomi Reice Buchwald
United States District Judge

of 9/4/13

2