**Mark Levin, M.D.**
**6 Gel Court**
**Monsey, NY  10952**

September 25, 2013

Fred H. Shepherd, Esq.
THE VICKERY LAW FIRM
10000 Memorial Dr., Suite 888
Houston, TX  77024-3412

Dear Mr. Shepherd:

I am a licensed and board-certified physician in internal medicine and oncology and eligible in Hematology.  I have extensive experience in the diagnosis and treatment of head and neck cancer.  As an oncologist, I understand the scientific antecedents of cancer and the process of carcinogenesis.  Further, as part of my oncological medical practice, I routinely evaluate and undertake etiological evaluations of my patients in an effort to determine what caused their malignancy.

I am licensed in New York and New Jersey and I am certified by the American Board of Utilization Review and Quality Assurance.

I am responding to your inquiry concerning the matter of Ms. Cynthia DiBartolo, her squamous cell head and neck (tongue) cancer and the relation between it and treatment with Humira to which she had been subjected.  I have attached my most current C.V. to this report as well as a list of my publications and the cases for which I have testified as an expert at trial or by deposition within the past 4 years.

To date I have billed $ 3500 for the time I have spent drafting this report.  My rate for this and future time spent is $500/hour and for deposition and trial it is $ 600.00/hr.

The following is a list of materials that I have specifically reviewed in preparation for this report.  Additional literature and/or reference materials are further noted in the body of the report:

September 25, 2013
P a g e | - 2 -

Cynthia DiBartolo's Medical Records [a list of the records is attached)

Malignancies and Adalimumab, A White Paper.  ABT 00251790 – ABT 00251866.

Risk Management Plan for Adalimumab (RMP), Abbott Laboratories, Edition 9.2, July 2011.  ABT 05587056 – 05587610.

Safety Council Slide Show Presentation, January of 2007.  ABT 03389923-03389963.

Head and Neck Cancer, A Multidisciplinary Approach, 3rd Ed., Harrison, L.B., et. al., Chapter 21, Basal and Squamous Cell Skin Cancers.

Wolfe, F. and Michaud, K. (2007), Biologic treatment of rheumatoid arthritis and the risk of malignancy:  Analyses from a large US observational study.  Arthritis & Rheumatism, 56:2886–2895.

Askling, J., Fahrbach, K., Nordstrom, B., Ross, S., Schmid, C. H. and Symmons, D. (2011), Cancer risk with tumor necrosis factor alpha (TNF) inhibitors: meta-analysis of randomized controlled trials of adalimumab, etanercept, and infliximab using patient level data.  Pharmacoepidem. Drug Safe., 20:119–130.

Amari W, Zeringue AL, McDonald JR, Caplan L, Eisen SA, Ranganathan P. (2011), Risk of non-melanoma skin cancer in a national cohort of veterans with rheumatoid arthritis. Rheumatology (Oxford). 2011 Aug;50(8):1431-9.

Burmester GR, Panaccione R, Gordon KB, McIlraith MJ, Lacerda AP. (2013), Adalimumab: long-term safety in 23 458 patients from global clinical trials in rheumatoid arthritis, juvenile idiopathic arthritis, ankylosing spondylitis, psoriatic arthritis, psoriasis and Crohn's disease.  Ann Rheum Dis. 2013 Apr;72(4):517-24.

September 25, 2013
P a g e | - 3 -

Mariette X, Matucci-Cerinic M, Pavelka K, Taylor P, van Vollenhoven R, Heatley R, Walsh C, Lawson R, Reynolds A, Emery P. (2011), Malignancies associated with tumour necrosis factor inhibitors in registries and prospective observational studies: a systematic review and meta-analysis. Ann Rheum Dis. 2011 Nov;70(11):1895-904.

Raaschou P, Simard J, Holmqvist M, Askling J. (2013), Rheumatoid arthritis, anti-tumour necrosis factor therapy, and risk of malignant melanoma: nationwide population based prospective cohort study from Sweden. *BMJ* 2013; 346.

Stone J. (2013), Tumor necrosis factor-alpha inhibitors:  Risk of malignancy.  In: Furst DE, editor.:  UpToDate; 2013.

Expert Report of Dr. Eric Gershwin in this case.

Deposition of Dr. Andrea Best.

## Abbreviated Medical Summary

Ms. DiBartolo has suffered from psoriasis for many years.  Treatments included:

| | | |
|---|---|---|
| a) | 1984-1988 | Cortisone Injections; |
| b) | 1987-1988 | Phototherapy UVB; |
| c) | 1989-1990 | Photochemotherapy PUVA (Psoralen+UVA); |
| d) | 1993 | PUVA BATH with UVA and Intravenous Interleukin - 2 (IL-2); |
| e) | 1994-1995 | Intravenous 6 – Thioguanine; |
| f) | 1994 | Intravenous IL-2 in conjunction with Diphtheria toxin; |

September 25, 2013
P a g e | - 4 -

g)   2000-2006          Phototherapy UVB light;

h)   2006               Laser Phototherapy UVB EXCIMER
                        LASER; and

i)   During 1984–1999  She was also treated with
                        Intralesional Injections with
                        Cortisone, Coal Tar Baths, topical
                        Salicylic acid, Diprolene, Diprosone
                        Topical, Dovenex Cream, and
                        Hydocortisone Cream.

On April 12, 2009, Ms. DiBartolo complained of pain in her tongue, difficulty chewing, swallowing, and talking and, on April 16, 2009, her dentist noticed raised, irregular white patch on the left side of her tongue and advised her to have it biopsied immediately.  Humira was stopped.  On April 22, 2009, she received the diagnosis of Malignant Squamous Cell Carcinoma of the tongue and had resection with reconstruction (which required a skin flap to be taken from the right forearm), a unilateral lymph node.  On November 1, 2010, she had surgery to remove a malignant neuroma (cancer of nerve and fibrous tissue) that arose on the left side of her remaining tongue, which I consider to be a complication of initial treatment.  On March 9, 2011, she began neurologic testing due to seizure like episodes that she began experiencing several times a day.  She also developed depression at that time.   There was a squamous cancer recurrence in the summer of 2012, and she underwent salvage surgery in October 2012, followed by radiation therapy.  This time a mandibulectomy (removing some of the jaw) was required.  The chance of another recurrence is quite high.

## My Opinions

All my opinions are to a reasonable degree of medical certainty and subject to modification or change if new information becomes available.  My opinion is based on my experience in clinical oncology, differential diagnosis, my understanding of the literature and scientific consensus on carcinogenesis, and the records and exhibits that I reviewed, including Abbott's unpublished internal data and Abbott's analysis of same.  With this, it is my opinion that Ms. DiBartolo's head and neck cancer was directly caused by her exposure to Humira.  Furthermore, it is my opinion that it was

September 25, 2013
P a g e | - 5 -

not caused by any of the other treatment to which she had been exposed, the underlying condition of psoriasis or other ambient factors.

Humira has been associated with squamous cell cancer of the skin as well as with other cancers.   This is well known.   In fact, Humira's safety information for patients on Humira.com, the official website for Humira (accessed 9/24/13) includes the following statement:

> "For children and adults taking TNF blockers, including HUMIRA, the chance of getting lymphoma or other cancers may increase. There have been cases of unusual cancers in children, teenagers, and young adults using TNF blockers. Some people have developed a rare type of cancer called hepatosplenic T-cell lymphoma. This type of cancer often results in death. If using TNF blockers including HUMIRA, your chance of getting two types of skin cancer (basal cell and squamous cell) may increase. These types are generally not life-threatening if treated; tell your doctor if you have a bump or open sore that doesn't heal."

Ms. DiBartolo had a squamous cell cancer of the head and neck.  This had also been reported[1] and is supported by the documentation that I have reviewed.   There is no scientific evidence or a persuasive rationale to distinguish between squamous cell cancer of the skin or the tongue. The most probable mechanism by which Humira promotes cancer is generally thought to be caused by the immunosupression that it produces.   TNF inhibitors, the class of drugs to which Humira belongs, have been found to increase the risks of various malignancies in a variety of conditions in which they are used, irrespective of the underlying disease.[2]  Professional bodies

---

[1]  K. B. Zitelli et al, Squamous Cell Carcinoma of the Lip Associated With Adalimumab Therapy for Ankylosing Spondylitis:  A Case Report and Review of TNF-Inhibitors and Cutaneous Carcinoma Risk Cutis.  2013;92:35-39.

Rahman N, Healy C, Flint SR, Stassen LFA.Cautionary note:  A possible association between oral squamous cell carcinoma and tumor necrosis factor antagonists; need for oral screening.  JCR:  Journal of Clinical Rheumatology 16:197-199, No. 4, Jun 2010.

[2]  Pauline Raaschou et al, for the ARTIS Study, Rheumatoid arthritis, anti-tumour necrosis factor therapy, and risk of malignant melanoma: nationwide population based prospective cohort study from Sweden, *BMJ* 2013;346:f1939.

September 25, 2013
P a g e | - 6 -

view Humira as a general carcinogen.  For example, the German Society for Pediatric and Adolescent Rheumatology[3] says that:

> "Reports of leukemia and tumors in children and adolescents treated with etanercept, infliximab and adalimumab have raised questions about an increased risk for malignancies, with lymphoma accounting for the largest group at 50% of all 48 malignancies reported by the FDA.   Consequently, TNF inhibitors should be indicated under careful consideration of individual risk factors, such as increased family occurrence of malignancies, or pre-treatment with carcinogenic substances such as cyclophosphamide."

There are a number of generally accepted risk factors for squamous cell cancer in the head and neck.[4] The list includes immunosuppressive medications like Humira.  I have reviewed this list, and Ms. DiBartolo's medical history, to determine whether some alternative etiology is more plausible.   In that regard, I considered whether Ms. DiBartolo's tongue cancer may have been caused by the underlying psoriasis or prior treatment. There is literature regarding an association between psoriasis and UV treatment and NMSC. Dr. Gershwin discusses this at length in his report. However, given the immunosuppressive effects of Humira, the peer reviewed literature, generally accepted medical beliefs regarding the links between immunosuppression and cancer, and the clinical trial data, I think it much more likely that the Humira either caused or directly contributed to her cancer.  I hold these views the time frame of exposure, with Humira being within a few months of the cancer diagnosis and the other drugs and treatments as long as two to one decades or years before its development, strongly argues against implicating the prior treatment as a causative agent. The reported association between Humira and cancer is in the timeframe of months, unlike the conventional carcinogens.

---

Risk Management Plan for Adalimumab (RMP) Abbott Laboratories, Edition 9.2 July 2011, 197-202.

[3] Horneff G, Hospach T, Dannecker G, Föll D, Haas JP, Girschick HJ, Huppertz HI, Keitzer R, Laws HJ, Michels H, Minden K, [Updated statement by the German Society for Pediatric and Adolescent Rheumatology (GKJR) on the FDA's report regarding malignancies in anti-TNF-treated patients from Aug. 4, 2009].  Trauzeddel R Z Rheumatol. 2010 Aug;69(6):561-7.

[4]  Head and Neck Cancer, A Multidisciplinary Approach, 3rd Ed., Harrison, L.B., et. al., Chapter 21, Basal and Squamous Cell Skin Cancers.

September 25, 2013
P a g e | - 7 -

For example, the chemotherapeutic drug Thioguanine was stopped 11 years before the diagnosis of tongue cancer (in any case, this drug as well as the class of drugs to which it belongs is not thought to be strongly carcinogenic).   Additionally, I reviewed the available literature about the association between the prior treatments and squamous cell cancer and it does not support such an association.  Some of this literature is referenced.[5] Although the evidence for PUVA treatment is contradictory,[6] these treatments are directed to the skin, and are not general carcinogens and would not be expected to cause head and neck cancer.  In addition, PUVA was administered many years before the diagnosis of tongue cancer.   To that end, despite my review of the records, I find no evidence that Ms. DiBartolo had cancer before her use of Humira.  She also was HPV negative, a non-smoker, and a non-drinker.   Therefore, none of these risk factors plausibly explain her tongue cancer.  All of these factors favor Humira being the most probably cause of her cancer.

More importantly, according to Abbott clinical trial data, as of April 2006, the rate of squamous cell carcinomas in Humira clinical trial patients was 3.63 (95% CI 1.33–7.91).[7]  The median Humira exposure duration was 5.7 months for those clinical trial patients.  This coincides quite closely with Ms. DiBartolo's use of Humira.[8]   Abbott's White Paper consistently notes both statistically significant and non-significant elevated squamous cell carcinoma rates for Humira patients.[9]   It also notes the Wolfe paper's conclusions that NMSC cancer rates are increased for patients taking biologics and that these associations are consistent across all the various biological therapies.[10]

---

[5]  Lee E. Koo, J. Berger T, UVB phototherapy and skin cancer risk: a review of the literature, IN J Dermatol.  May; 44(5):355-60.

[6]  Stern RS, Lunder EJ. Risk of squamous cell carcinoma and methoxsalen (psoralen) and UV-A radiation (PUVA).  A meta-analysis.  Arch Dermatol. 1998 Dec;134(12):1582-5.

[7]  ABT 03389934.

[8]  ABT 03389928.

[9]  ABT 003389937, 03389940, 03389942.

[10]  ABT 03389946.

May 25, 2013
Page | - 8 -


The Abbott Risk Management Plan was another item of evidence that I reviewed.[11]   In this paper, Abbott identifies squamous cell cancer as an identified risk of using Humira.   Identified risks are only those that have adequate evidence of an association with Humira treatment.[12]   This statement is consistent with the peer reviewed literature and the Abbott data that I have seen.   It also supports my opinion that Humira caused Ms. DiBartolo's cancer.

Thank you for the opportunity to review this case and express my opinons.

Mark Levin, M.D.

---

[11]  ABT05587056-05587610.

[12]  ABT 05587081.

# CURRICULUM VITAE

**Mark Levin, M.D.**
6 Gel Court
Monsey, NY 10952
Cell: (845) 406-2183
Home: (845) 426-5346
mlevinmd@aol.com

Private Practice Office Address:
596 Anderson Ave, #302, Cliffside Park, NJ 07010

Website: www.cancertreatmenttoday.org

**Languages:** Russian (fluent), Spanish (very good), Hebrew (very good), Yiddish (basic)

## 1.      Education

**Undergraduate**
College/University: Yeshiva University, New York, New York B. A. 6/1980

**Graduate**
College/University: SUNY - Downstate Medical College, Brooklyn, New York M.D. 5/1984
Herriott-Watt University, Edinburgh Business School, Scotland, UK, M.B.A., 12/05

## 2.      Post Doctoral Training

Internships and Residencies, Internal Medicine, New York Downtown Hospital, New York, New York 1986 - 1987

Hahnemann University Medical Center, Philadelphia, PA 1984 - 1986

Hematology and Oncology Long Island Jewish Hillside Hospital Medical Center, New Hyde Park, N.Y 1987 - 1990

## 3.      Military Service

None

## 4.      Licensure and year first granted

New York, 1990, New Jersey, 2000.

## 5.      Certification

American Board of Internal Medicine-9/1987
Oncology-certified 11/1989

Hematology-certified 11/1990 (re-certification required)
American Board of Quality Assurance and Utilization Review - 01/2010

**6.     Narcotics Certification**

DEA FL1409033

**7.     University Appointments**

Department of Medicine. UMDNJ - Newark
Associate Professor of Medicine, 8/05 – 3/08
Clinical Associate Professor of Medicine, 3/08-3/09

Department of Medicine, Joan and Sanford I. Weil Medical College (Cornell)
Associate Professor of Clinical Medicine, 6/4/2003 - 12/05

Department of Medicine, SUNY-Medical College
Associate Professor of Clinical Medicine, 6/1998 - 6/2000
Assistant Professor of Clinical Medicine, 1991-6/1998

**8.     Hospital Appointments**

Holy Name Hospital, Department of Medicine
Associate Attending, 9/03 – Current

Richmond Memorial Hospital,
Department of Medicine, 10/08 – 4/09

University Hospital, UMDNJ
Newark. Attending, 9/05- 6/09

Department of Medicine, Lincoln Medical and Mental Health Center
Attending, 11/00 - 8/2003

Department of Medicine, Brookdale University Hospital
Associate Attending, 4/96 - 6/00

Department of Medicine, NY Community Hospital
Assistant Attending, 3/96 - 9/00

Department of Medicine, Staten Island University Hospital
Attending, 4/92 - 9/96

Department of Medicine, New York Downtown Hospital
Assistant Attending, 7/90 - 4/92

**9.     Other Professional Positions**

President, Medical Review and Information Center
A company that provides consulting services, including case and utilization review, reimbursement policies, producing policies and guidelines, advising on FDA submissions, high level medical writing and strategic planning and other services in the field of  Hematology and Oncology to clients such as pharmaceuticals, insurers, and other corporate clients in the field of Healthcare (2006 – present).

Chief Trustee of Knowledge is Power, a non-profit Trust that supports a cancer information website and cancer education outreach, 2012.

President and CEO, Gaucher Centers of New York  ,  foundation dedicated to screening, diagnosis and  facilitating treatment of patients with Gaucher and other genetic diseases (1995-2005)

Founder and Executive Director, Children Education Initiative (CHEIN) – supporting Special Education Initiatives in Rockland County, NY. Responsibilities include running self-contained classrooms within non-public mainstream settings. Responsible for all facets of development: Strategic Planning, Fundraising and Grants, Recruitment and Human Resources, Policies and Procedures, East Ramapo Central and Central Ramapo School District relations  (8/2008- Present)

**10.     Awards and Honors**

**Post-Graduate**
Certificate of Achievement in Medical Research & Scholarly Activity, Department of Medicine, Staten Island University Hospital, 1997

Honored by Philadelphia County, Medical Society for Humanity in Medicine, 1985

**Graduate**
Honors in Physiology, Pathology, Pharmacology, Pediatrics, American Society of Anesthesiology, Preceptorship, 1980-1984

**Undergraduate**
Summa Cum Laude, Belkin, Manhattan Borough President's Citizenship Award, Manicoff Award, 1977-1980

**11.     Membership on Boards of Directors or Trustees**

Medical Advisory Board, The Musella Foundation for Brain Tumor Research and Information, 1993-2003

Medical Advisory Board, Actelion Pharmaceuticals, 2005 -current

**12.     Medical Student Experience**

Min-Med School, NJ Medical School, Introduction to Hematology and Oncology, 2006, 2007

New Jersey Medical School – Transition 2, Introduction to CBC, 2006-2008

Weil-Cornell
Introduction to Medicine (Hematology)
Spring 2003

SUNY-Downstate
Physical Diagnosis
1996-2002

**13.     Principal Clinical and Hospital Service Responsibilities**

UMDNJ - University Hospital in Newark, (8/05- 5/07)
Acting Chief of Hematology and Oncology

Holy Name Hospital (8/ 2003 - 7/2005)
Director, Sister Patricia Lynch Regional Cancer Center
Director, Hereditary Cancer Clinic
Director, Clinical Research
Director, Center for Jewish Genetic Diseases

Generations + Northern Manhattan Network (1/02-1/03)
(Lincoln, Metropolitan, Harlem Hospitals),
Health and Hospitals Corporation, the City of New York,
Director of the Network Cancer Center

Lincoln Medical Center, 11/00 – 8/03
Chief of Hematology and Oncology,
Chief of Service

Brookdale University Hospital and Medical Center, (9/96-3/7/00)
Co-Director, Division of Medical Oncology and Hematology
Director of Fellowship Training Program in Oncology and Hematology (11/96-3/7/00)
Director of Clinical Research in Oncology and Hematology (11/96-3/7/00)
Founder and Physician-in-Charge of the Comprehensive Sickle Cell Disease Program (6/97 - 3/7/00)
Medical Director of Brookdale Inpatient Hospice Unit and at Hospice of New York (7/98 - 3/7/00)

Staten Island University Hospital
Attending Physician (4/92 - 9/96)

University Coordinator for Immunology Research and Program Development (7/94-8/96)

New York Downtown Medical Associates (7/90 - 4/92)

**14.    Major Committee and Institutional Assignments**

At various institutions:
Chair, Cancer Center Steering Committee
Director, Palliative Care Program
Chair: Cancer Committee
Member: Transfusion Committee
Institutional Review Board
Ethics Committee
Chief of Service – Medicine
Director of Research, Department of Medicine

Editorial Boards
Drugs of Today
Drugs of the Future
Cancer Therapy
Reviewer, Southern Medical Journal, International Journal of Cancer
International Reviewer, Medical Science Monitor

**15.    Memberships, Offices, and Committee Appointments in professional societies**

None

**16.    Major Research Interests**

Lipid Storage Diseases, especially Gaucher Disease
Hereditary Breast and Ovarian cancers (BRCA related cancer) and Early Breast Cancer
Cancer Control: Community Education, Screening, and Outreach
Bioethics

**17.    Grant History**

Principal Investigator
Roche
Phase I study of Capecitabine and Gemcitabine in metastatic colorectal cancer and other
solid malignancies (2000 -2001) $40.000.00
(Study did not accrue because I changed positions)
Eli Lilly
Phase I-II study of Cyclophosphamide, Doxorubicin, Gemcitabine in locally advanced
and metastatic breast cancer (1997- 2000)
$20.000.00 – Study Published
Rhone-Poulenc Rorer, Inc. and Glaxo

Phase II study of Taxotere /Vinorelbine/G-CSF in metastatic non-small      cell lung cancer (1997- 1999) $ 40.000.00, Study Published

## 18.     Major Administrative Responsibilities

- Acting Chief of Hematology and Oncology – UMDNJ- Newark (8/2005-4/2008)
- Director, Sister Patricia Lynch Regional Cancer Center, Holy Name Hospital, Teaneck, NJ (11/2003 - 6/30/05)
- Director of Cancer Center, Generations Manhattan + Network of the Health and Hospital Corporation, New York, NY (1/2002/ - 1/2003)
- Chief, Section of Hematology and Oncology, Lincoln Medical and Mental Health Center, Bronx, NY (11/00 - 8/03)
- Associate Director of Cancer Center at Lincoln Medical and Mental Health Center; Chief of Service, Oncology/ Medicine (11/00 - 8/03)
- Co-director, Division of Medical Oncology and Hematology, Brookdale University Hospital, Brooklyn, NY (11/96 - 3/00)
- Director, Palliative Care Program ( 8/02 -  9/03)
- Medical Director, Hospice of New York (8/02 - 9/03)

## 19.     Private Practice

Renaissance General Medicine, Cliffside Park, NJ
Consultative Hematology and Oncology Practice (10/03 - Present)

Staten Island Physicians Group, Locum Tenens Oncologist, Staten Island, NY (10/08-2/09)

Catskills Regional Cancer Center, Locum Tenens Oncologist, Harris, NY (7/10/00–10/16/00)

HemOncare, PC and Brookdale University Hospital Faculty Practice, Brooklyn, NY, Part time Private Community Practice (11/96 - 3/7/00)

Downtown Medical Associates, Multi-specialty group that functioned as de-facto faculty practice at New York Downtown Hospital, New York, New York (8/90-4/92)

## 20.     Articles

Levin, M. (2003). Breast Cancer: Issues in risk reduction, screening, surveillance, early identification and treatment. Drug News Perspect, 16(6), 395-399.

Levin, M. (2003). Ethical, religious and cultural aspects of hereditary cancer in Jewish communities. Cancer Therapy, 1(1), 261-262.

Levin, M. (2003). Upper Venous Thrombosis (Editorial). Southern Medical Journal, 96(7), 1-2.

Levin, M., & Doss, R. (2002). Neuroendocrine carcinoma of the urachus. Uro-oncology, 2(3), 145-147.

Levin, M., Durgam, S., & Novetsky, A. (2002).  Cytoxan, Adriamycin, Gemcitabine (CAG) in the treatment of metastatic breast cancer. Cancer Investigation, 20(7), 872-875.

Gupta, M., & Levin, M. (2001).  Gaucher disease presenting with littoral-cell splenic lymphoma.  American Journal of Hematology, 68, 61-62.

Levin, M., & Birnbaum, I. (2000) Jewish Bioethics? J Med Phil, 25, 469-484.

Levin, M. (2000). Creating a clinical research program in a teaching hospital environment.  Managed Care and Cancer, 2(2), 28-32.

Levin, M. (1999). Multiple home IV therapies for a patient with AIDS, Non-Hodgkin's lymphoma, Kaposi's Sarcoma, CMV pharyngitis and Pneumocytis Carinii pneumonia. Home Health Care Consultant: The Journal of Alternate Site Medicine and Management, 6(8), 10-11.

Levin, M. (1999). Screening Jews and genes: A consideration of ethics of genetic screening within the Jewish community - challenges and responses. Genetic Testing, 3(2), 207-213.

Levin, M., Mermelstein, H., &Rigberg, C. (1999).  Correlates of compliance with recommendations for chemotherapy. Cancer Nursing, 22(5), 1-5.

Levin, M. (1998). How to write a case report. Res Staff Phys, 44, 60-63.

Modahar, C.J., Levin, M.,  Roy, J., &Conti M. (1996).  Translocation (3:3) in a patient with thrombocytopenia and erythroid dysplasia.  Ca Genetic Cytogenetic, 87, 11-13.

Levin, M., & Cho, S. (1996).  Acute tumor lysis syndrome in high grade lymphoblastic lymphoma after a prolonged episode of fever.  Med Ped Onc, 26:417-418.

Rollins, H., Levin M., & Goldberg S., Mody K., & Forte F. (1995).  Solitary extramedullary plasmacytoma of the epiglottis. Otolaryngology-Head and Neck Surgery, 112, 754-757.

Levin, M., Pakarakas, R. M, Chung, H.A., Maiman, M., & Goldberg, S. (1995) Primary mammary carcinoma of the vulva: A case report and review of the literature.  Gyn Oncol, 56, 448-451.

Levin, M, Klein, E., & Wertheim, S. (1995), Isolated intraosseous primary lytic meningioma.  J Neuroimaging, 5, 247-248.

Roth, R., & Levin, M. (1994). Subcutaneous emphysema. Consultant, 34(7), 1096.

7

Levin M. & Hertzberg L. (1994). Kaposi sarcoma of bone marrow presenting with fever of unknown origin.  Med Ped Onc, 22, 410-413, 1994.

Levin, M. (1994) Acute hypersplenism and thrombocytopenia:  A  new presentation of disseminated mycobacterial infection in patients with acquired immunodeficiency syndrome. Acta Hematologica, 91, 28-31.

Levin, M., & Grunwald, H. (1994).  Successful use of vincristine in refractory thrombotic thrombocytopenic purpura.  Acta Haematologica, 85:37, 40.

Levin, M., Jacobs, J., & Polos, P. (1988). Acute mercury poisoning and mercurial pneumonitis from gold ore purification.  Chest, 94, 554-556.

## 22.    Books and Textbook Chapters

Joglekar, S., & Levin, M. (2006). Colorectal Cancer, in L. Adama (Ed.), On Cancer in Africa, English and French editions, Afro-cancer Foundation, Paris, 2006

Levin M. (1996). Novarodok: The movement that lived in   struggle and its unique approach to the problem of man. Livingston NJ: Jason Aronson Publishing Co.

Levin M. (2002). With all your heart: The Shema in Jewish liturgy, worship and life. Jerusalem/ New York: Targum/Feldheim.

Levin. M (2006). The Rabbis' Advocate, Hakham David Nieto and his Second Kuzari, New York, Yashar Press

Levin M. The Dawn of Redemption: What the books of Ruth and Jonah teach about alienation, redemption and return, in-press, Urim Publishers (French translation: Ruth: Son Message et la Signification Dans Nos Vies, Collection ScripTorah, Paris, 2009)

## 23.    Abstracts

Olympia, C., Portilla, D., & Levin, M. (2002). Utility of erythropoietin in anemia of chronic illness. Proceedings of the Society of General Internal Medicine, 17, S1:129.

Levin, M, & Novetsky, A. (2000). A. Phase II study of Docetaxel and Vinorelbine for advanced and metastatic non-small cell lung cancer. Proceedings of American Society of Clinical Oncology, 19, 2068

Fan, R., Levin, M., & Shin, S. J. (1999). Comprehensive sickle cell pain; Management program impact on the length of stay and re-admission rates of patients with sickle cell disease.  Am College of Clin Pharmacy Annual Meeting Proceedings.

Levin, M., Ahmed, L. F., & Novetsky, A. (1999). Cytoxan, adriamycin, gemcitabine (CAG) regimen in the treatment of metastatic and locally advanced breast carcinoma. Breast Cancer Research and Treatment, 50:323, 1999.

Hayes, R.L, Levin, M., Musella, A., & Selker, R.G. (1999). Virtual trials: an internet based brain tumor registry., Proceedings of American Association for Cancer Research, #264.

Levin, M, & Novetsky, A. (1999). Docetaxel and navelbine for advanced and metastatic non-small cell lung cancer. Proceedings of American Society of Clinical Oncology, #147.

Levin, M., Fan R. M, Ghani, M., & Novetsky, A. (1998). Comprehensive sickle cell program: Impact on the length of stay and admission/readmission rate of patients with sickle cell disease. National Sickle Cell Disease Annual Meeting Proceedings.

Levin, M. (1996)  Factors associated with willingness to accept investigational chemotherapy in patients with solid malignant tumors. Proceedings of American Society of Clinical Oncology, 15,1639.

Dosik, D., Levin, M., & Hertzberg, L. (1993). Diagnostic utility of bone marrow core biopsy, bone marrow aspiration with culture, and lysis centrifugation blood culture in HIV patients with fever of unknown origin. Blood, 82, 2480.

Levin, M,, & Kalra, J, (1990).  Cisplatin and plasma iron studies:  An investigation of patterns and correlation with toxicities. Proceedings of American Society of Clinical Oncology, 9,301.

## 24.    Reviews

M. Levin, M. Veliz, New therapies in the treatment of renal cell carcinoma Drugs Fut 2007, 32(6): 527

Levin, M. Fabry's disease, Drugs of Today, 42(1):65-70, 2006

Levin, M. (2004). Multidisciplinary approach to breast cancer management. Drug News Perspect, 17(3), 1-7

Joglekar, S., & Levin, M. (2004). The promise of Thalidomide: Evolving indications. Drugs of Today, 40(3), 197-204.

Levin, M., & R, Doss. (2002). Neuroendocrine carcinoma of the urachus. Uro-oncology, 2(3), 145-147.

Levin, M., & D'Souza, N. (2002). Iressa, Drugs of the Future. 27(4), 339-345.

Levin, M., & D'Souza N. (2001). Fulvestrant. Drugs of the Future, 26(9), 841-849.

Levin, M., Pleskova, I., & Pastores, G. (2001). Gaucher disease in adults. Drugs of Today, 37(4), 257-264

Levin, M. (2001). Recent advances in platelet and bone marrow physiology and myeloproliferative and myelodysplastic disorders. Drugs of Today, 37(12), 803-809.

Levin, M. (2001). Taxanes in breast cancer chemotherapy.  Drugs of Today, 37(1), 57-65.

Levin, M. (2001). Breast Cancer: A Backgrounder. Prous Sciences: Drug Research and Development, prous.com

Levin, M. Breast Cancer: A Backgrounder. Prous Sciences: Drug Research and Development, prous.com

Levin, M (2000). Gaucher Disease, Adam.com Online Medical  Encyclopedia, 2000

Levin, M. (1999). Basic medical ethics.  Res Staff Phys 45(8), 56-64.

Levin, M. (1998).  How to write a case report. Res Staff Phys,  44, 60-63.

Levin, M. (1997). Chemotherapy in Brain Cancers.  http:\\www.virtualtrials.com.

## 25.      Reports, Letters

Levin, M. (2003). Direct to consumer advertising for genetic testing.  JAMA, 289(1), 45-46.

Levin, M. (1998). Familial Mediterranean Fever.  Ann Int Med, 129, 581-582.

Levin, M. (1998). The yield of bone marrow biopsy and culture compared with blood culture in the evaluation of HIV infected patients for mycobacterial and surgical infections.       Am J Med, 105, 457-458.

Levin, M. & Aziz, M. (1997). Steroid responsive pneumonitis after fludarabine therapy. Chest, 111, 1472-1473.

Levin, M., Caravone, D., Geiser, C. (1996) Mitoxantrone extravasation and tissue necrosis. Amer J Health-System Pharm, 53, 1194-1195.

Levin, M. (1994). Splenectomy in AIDS.  AIDS 8(1), 138.

Levin, M. (1993).  Silicon implants and the risk of breast cancer. NEJM, 328, 661.

Levin, M. (1993) Scientific misconduct.  JAMA, 269, 3105, 1993

Levin, M. (1993). Clinical problem solving: Lucky lady. NEJM, 329(4), 279.

Levin, M. (2003). Colon cancer: ASCO 2003 Meeting report. Drug News and Perspectives, 16(5), 293-237.

Levin, M. (2001). Chemotherapy Foundation XIX: Innovative cancer therapy for tomorrow. Drugs of Today, 37(12), 823-828.

Levin, M. (2001). Meeting Report of the American Society of Preventative Oncology. Drugs of Today, 37(4), 275-279.

Levin, M. (5/16/2001). 4th Annual Gastric Cancer Congress, Timely Topics in Medicine: Oncology/ Gastroenterology.  ttmed.com, 5/16/01

Levin, M. (2003). Beyond Psychology, Jewish Action, 64 (2), 22- 25, 2003

Levin, M. (2000). Advances in controlling chemotherapy induced nausea and vomiting. cbshealthwatch.com.

Levin. M. (2000). Thalidomide: Old scourge, new promise.          cbshealthwatch.com.

Levin, M. (2000). Hypercalcemia of Malignancy. cbshealthwatch.com.

## 26.    Patents

None

## Appendix

Invited Speaker at International of National Meetings within the past 5 years:

A. International
Gemcitabine based chemotherapy  for metastatic breast cancer, Gemcitabine Investigators Meeting, San Antonio, Texas., 3/4/00

BRCA related cancers, Why is this gene different from other genes, Columbia University Institute for Science and Religion, 2/16/03

B. National and Local

ZavescaL Recent Advancements and Slide Review, Actelion Corporation Medical Boards, 7/22/08 and 9/23/08

BRCA Related Breast and Ovarian Cancers,  Grand Rounds for the Department of Medicine, East Orange VA, May 27, 2006

Inherited Breast and Ovarian Cancer, Cancer Center Grand Rounds, UMDNJ- Newark, May 22, 2006

Department of Medicine Combined Grand Rounds (University Hospital, Hackensack University Medical Center, East Orange VA), Inherited Illness in Ashkenazi Jewish Communities, March 22, 2006

Where we come from: Genetics and genetic markers. Congregation Sons of Israel, Lakewood, NJ, 3/8/05

Organizer and Chair of Planning Committee, Conference on Jewish Genetic Disorders, Teaneck NJ, 11/11/04 (http://www.holyname.org/about_holy_name/conference.htm)

Gaucher Disease and Mucolipidoses, Pediatric and Gynecology Combined Grand Rounds, Kimbal General Hospital, Lakewood, NJ, 11/8/04

Genetic Illness: Scientific and Clinical Concepts, Association of Orthodox Jewish Scientists Annual Convention, Spring Glen NY, 8/1/04

Adjustment to Genetic Illness: Family and Communal Issues, Center for Applied Psychology, Spring Valley, NY, 6/14/04

Hereditary Breast and Ovarian Cancer, CME, Englewood, NJ, 6/8/04

Lipidoses, Russian AMA. Boston, MA, 6/1/04

Hereditary Breast Cancer, Medicine Grand Rounds, Holy Name Hospital, Teaneck, NJ, 10/17/03

Update in Oncology, Medicine Grand Rounds, Holy Name Hospital, Teaneck, NJ, 1/27/04

Ovarian Cancer Overview, Ob/ Gyn Grand Rounds, Holy Name Hospital, Teaneck, NJ, 3/17/04

Grand Rounds in Obstetrics and Gynecology, Overview of Breast Cancer Issues, Lincoln Medical and Mental Health Center, Bronx, NY – 12/11/02

Issues in Screening and diagnosis of BRCA1 and 2 breast cancers in the high risk populations, Sara Lawrence College Program in Human Genetics Symposium, 3/28/ 02

Gaucher and Related Diseases, Pediatric Grand Rounds, Good Samaritan Hospital, Suffern, NY, 10/17/01

Genetic Screening in the Jewish Community (Keynote Lecture), Association of Orthodox Jewish Scientists Annual Meeting, New Paltz, NY, 8/5/2001

Breast Cancer, Grand Rounds in Internal Medicine, Lincoln Medical and Mental Health Center, Bronx, NY, 12/16/01

Creating and Managing a Clinical Research Program, Cancer Center of Albany University Medical Center, 9/15/01

Revised 01/08/2013

## Depositions and Trials

Final 1/2/2013

Partial list:  I may have missed a few.

8 trials, 32 depositions

6/02 – 7/2010 (Forward)

1.    Harper & Rogers, William Belcher matter, Deposition:  06/15/04

2.    **Leftwich & Ludaway, James Cobb matter, Trial:  09/03/03**

3.    Finnerty, Regan, Zambri & **Long, 11.2008**

4.    **Bracken, Margolin & Gouvis, LLP, Cammarota matter,**

**Trial:  11/15/04**

5.    Braun, Kendrick, Finkbeiner, Brown matter, Deposition:

03/27/06

6.    Shuttleworth, Ruloff, et al, Caldwell matter, Deposition:

12/12/05

7.    Leisawitz, Heller & Abramowitch, Joseph Coulter matter,

Deposition:  09/22/08

8.    **McEldrew & Fullam, PC, Elizabeth Gechman matter, Trial:**

**06/03 or 06/04/08**

9.    William Pena v. Quality Carriers (716698) - Zurich Claim No.

2440101531, Quality Claim No. 5224 , Kenneth Manyin 2/09

**10.    Trial.  June 13, 2010, Dulce Lantigua, Attorney Michael K.**

**Eidman, Esq**

**11.    Angel Marion, Marvin Jones matter (Miami), February 9,**

**2009. Trial**

12.    Mohammed Zia, Regan, Zambi & Long, July 15, 2009 –

Deposition

13.    Wintham matter, Deposition, Attorney Christopher Koupal,

August 18, 2009.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Civil Action No. 08-cv-02155-MSK-MEH
JANET WITHAM,
Plaintiff,
v.
LLOYD TRUJILLO, M.D.,
Defendant.

14.9/16/09 – Deposition.
Tina Cox v Case No. CL No. 2007-14281, Virginia Circuit Court for
Fairfax County. The Gastroenterology Group

14.    10/27/09, Attorney William Artz

Hussain Dernawi vs., Jeffery Huang MD and Fairfax Practice Centers,
PC; Circuit Court of Fairfax C, VA, At Law No. CL-06-10932

**15.    Trial, Dolores and Stephen Garber v Frankford Hospital**

1/21/10, attorney Howard Trubman

16.    Deposition, Cynthia Beitel, attorney Richard Newman

17.     Dulce Lantigua against Mount Prospect Primary care, Eddie A.

Rosa MD.

Superior Court of NJ, Essex CO, Docket: Esx-L-4988-08

18.     Commerford& Britt, Ben Baldwin matter, Deposition July 12,

2010

19.     Cahn & Parra, Andrew Brodsky, Deposition, July 13, 2010

20.     Nicole M. Cassidy vs., Philadelphia America Life Insurance

Company, Shannon, Gracey, Ratliff & Miller, L.L.P.

901 Main Street, Suite 4600

Dallas, Texas 75202

21.     Richard Baldwin

July 10,2010

Charleen L. Goombs

Assistant to Kevin J. Williams

Comerford & Britt, L.L.P.

250 W. First St., Suite 200

22.     Deposition

Elmer Campbell

11/30/12

23.     Deposition

Frances Tobias

12/4/12

24.     Deposition (Backward)

Joyce Ruddock

Attorney:  Stephanie Z. Roberg, Dec. 11, 2012

25.     Deposition

Sparkle Singelton,

Ronald B. Cox
Proffitt & Cox, LLP
Attorneys at Law
8910 Two Notch Road, Suite 400
Columbia, SC 29223
Phone: (803) 834-7097

8/13/13

26.     Deposition

Evaniosh vs. Lally

**THOMAS E. CRENNEY & ASSOCIATES, LLC**

One Gateway Center

18th Floor - West

Pittsburgh, PA 15222

Telephone (412) 644-5545

Toll Free (888) 644-5545

Facsimile (412) 644-5581

9/9/13


**25.   Trial**

$$1$$

**Cynthia Beitel, SUPERIOR COURT**

**Plaintiff, J.D. OF**

**:  WATERBURY**

**vs.                  :  AT WATERBURY**

**:**

**NEIL F. SCHIFF, M.D., et al.    :**

**Defendants.  10/2312**

**Attorney: K. Andrade**


26.    Deposition

Heckman

10/11/12


27.    Deposition

Dec. 11.

Matter of Joyce Ruddock

Attorney Stephanie Z. Roberge

Kennedy, Johnson, D'Elia & Gillooly, LLC

555 Long Wharf Drive, 13th Floor

New Haven, CT 06511


28.    Deposition

Tobias Dec. 4, 2012


29.    Deposition

Elmer Campbell

Nov. 30, 2012


30.    Deposition Dec. 6, 2012

Joh Wombough

Attorney: Michael O'Rourke


31.    Michael Volk etty

Nov. 27, 2012

Deposition Heckman October 11, 2012


**32.    Trial:**

**Ay 10 2012**

**Diane Berg-Appel, as Executrix of the Estate of Kenneth**

**J. Appel, and Diane Berg-Appel, Individually,**

**Plaintiff,**


**-against-**


**Douglas Dieterich, M.D., Leonard B. Saltz, M.D.,**

**Alma Carrington, M.D., Allen Chefitz, M.D.,**

**Memorial Hospital for Cancer and Allied Diseases,**

**and Calvary Hospital,**


33.     Deposition

September 11, 2012

Jackye Christense


Jennie Tarango


Hooper Law Offices, P.C.


115 North 7th East


P.O. Box 753


Riverton, WY 82501

34.    Deposition

Baldwin

Jenny M. Surmons

Assistant to W. Thompson Comerford, Jr.

Comerford & Britt, LLP

250 West First Street, Suite 200

Winston-Salem, NC 27101

July 6, 2011


35.    Deposition

Stephen Petty matter

May 22. 2012

Attorney: Greg D. Shaffer

Certified Civil Trial Attorney

Wilentz, Goldman & Spitzer

90 Woodbridge Center Drive

Woodbridge, New Jersey 07095


36.    Deposition

June 30, 2012

 Loann and David Ledet versus C. Daul MD and R. Veith, MD

David A. Abramson

601 Poydras Street, Suite 2615

New Orleans Louisiana 70130


37.    Deposition

Matter Christopher McDaniels

May 11, 2012

Laura R. Crowley, Esq.

Lee & Fairman, LLP

127 E. Michigan Street

Indianapolis, IN  46204

(317) 624-4562 direct line

(317) 682-6477


38.    Leroy Harrigan matter

Attorney: Nancy DeAnna

18-38 ESTATE ENIGHED

ST. JOHN, VI  00831

39.    Nicole Cassidy matter Feb 10, 2011

Shannon, Gracey, Ratliff & Miller, L.L.P.

901 Main Street, Suite 4600

Dallas, Texas 75202

40.    Stephen Petty **Trial**

Greg Schaffer Esq

Vs. NY Transit

1/30/2012

41.    Andrew Brodsky vs. Dr. Ozunkwo **Trial**

Cahn & Parra Eqs

New Brunswick NJ

1/29/12