Buchwald, N.

USDC SDNY
DOCUMENT
ELECTRONICALLY
DOC #:_____
DATE FILED: 11/06/2013

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

CYNTHIA DIBARTOLO,

               Plaintiff,

- against -

ABBOTT LABORATORIES,

               Defendant.

---

Case No. 1:12-cv-00900-NRB

ECF Case

**STIPULATION AND PROPOSED**
**ORDER TO CONTINUE EXPERT**
**DISCOVERY DEADLINES AND**
***DAUBERT* BRIEFING**

On September 4, 2013, the Court granted the parties' Joint Scheduling Proposal and set forth deadlines for expert discovery on causation and a briefing schedule for *Daubert* motions on causation experts. (Dkt. 40.) Because the Court had previously determined that resolution of expert causation issues should precede fact discovery in this matter, no other deadlines have been set. (*See id.*) The parties have conferred and agree that a 90-day continuance of expert discovery and *Daubert* briefing deadlines is appropriate, and will not prejudice either party or unduly delay this litigation. Therefore, the parties respectfully request that the deadlines set forth by the Court's September 4, 2013 Order be modified as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Designation of Plaintiff's General and Specific Causation Experts and Service of Plaintiff's General and Specific Causation Expert Reports | September 25, 2013 (completed) | N/A |
| Designation of Defendant's General and Specific Causation Experts and Service of Defendant's General and Specific Causation Expert Reports | October 25, 2013 (extended to November 15, 2013 per the parties' agreement) | January 23, 2014 |
| Completion of General and Specific Causation Expert Depositions | November 25, 2013 | February 24, 2014 |

1

| Event | Current Deadline | New Deadline |
|---|---|---|
| Deadline to File *Daubert* Motions on General and Specific Causation Experts | December 24, 2013 | March 24, 2014 |
| Deadline to File Oppositions to *Daubert* Motions on General and Specific Causation Experts | January 14, 2014 | April 14, 2014 |
| Deadline to File Replies in Support of *Daubert* Motions on General and Specific Causation Experts | January 28, 2014 | April 28, 2014 |

Dated:  October 31, 2013

Arnold A. Vickery
Fred H. Shepherd
THE VICKERY LAW FIRM
10000 Memorial Dr., Suite 888
P.O. Box 4340
Houston, Texas 77210-4340
713-526-1100
713-523-5939 (fax)
andy@justiceseekers.com
fred@justiceseekers.com

*Counsel for Plaintiff*

Respectfully submitted,

Jay P. Lefkowitz, P.C.
Steven J. Menashi
Dmitriy G. Tishyevich
KIRKLAND & ELLIS LLP
601 Lexington Ave.
New York, New York  10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Michael P. Foradas, P.C.
Renee D. Smith
Andrew P. Bautista
KIRKLAND & ELLIS LLP
300 N. LaSalle
Chicago, IL  60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

*Counsel for Defendant Abbott Laboratories*

SO ORDERED:

Honorable Naomi Reice Buchwald
United States District Judge

11/5/13

2